UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cv-00325-FDW-DCK

| | |
|---|---|
| DONOVAN ALEXANDER PEOPLES, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| FIRST POINT, INC., ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court following Plaintiff's failure to pay the filing fee as Ordered by this Court. (Doc. No. 3). Plaintiff has failed to comply with that Order, and the time for doing so has long expired. For the reasons stated in the Order, (Doc. No. 3), the Complaint is DISMISSED WITHOUT PREJUDICE and WITHOUT LEAVE TO AMEND.[1] The Clerk of Court is respectfully directed to enter judgment accordingly and CLOSE THE CASE.

IT IS SO ORDERED.

Signed: December 13, 2022

Frank D. Whitney
United States District Judge

---

[1] See Britt v. DeJoy, 45 F.4th 790, 798 (4th Cir. 2022) ("By now holding that an order dismissing a complaint without prejudice and without granting leave to amend is final, we anchor ourselves to precedent that balances the district court's position as master of its docket, this Court's supervisory authority, the need for clarity in assessing the finality of an order, and—ultimately—judicial efficiency." (cleaned up)).

1